**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MELONIE S. JUMPER, | : | Case No. 3:11-cv-406 |
| Plaintiff, | : | |
| -vs- | : | Magistrate Judge Michael J. Newman |
| CHAMPAIGN RESIDENTIAL SERVICES, INC., *et al.*, | : | (Consent Case) |
| Defendants. | : | |

**ORDER OF DISMISSAL: TERMINATION ENTRY**

The Court having been advised by counsel for the parties that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement if necessary.

**IT IS SO ORDERED.**

February 4, 2013                                                               s/**Michael J. Newman**
                                                                                       United States Magistrate Judge